**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Salvador REVELES–ROSALES, Defendant–Appellant.**

**No. 05–11212 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 25, 2006.

Christy Lee Drake, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Amarillo, TX, Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Salvador Reveles–Rosales, pro se.

Bonita L. Gunden, Assistant Federal Public Defender, Federal Public Defender's Office Northern District of Texas, Amarillo, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Salvador Reveles–Rosales (Reveles) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

L.Ed.2d 493 (1967). Reveles was notified of his right to file a response, but he failed to do so. Our independent review of counsel's brief and the record discloses no non-frivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.